```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 11929
    DANIELLE M KOLODZIEJ
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5404


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/21/2006 and was confirmed 11/16/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
DONNA M BANKS & MICHAEL   CURRENT MORTG        .00            .00           .00
DONNA M BANKS & MICHAEL   MORTGAGE ARRE   15649.85            .00       2175.67
DONNA M BANKS & MICHAEL   NOTICE ONLY    NOT FILED            .00           .00
MICHAEL P STOJAK          NOTICE ONLY    NOT FILED            .00           .00
COOK COUNTY TREASURER     SECURED              .00            .00           .00
FORD MOTOR CREDIT         SECURED VEHIC   13374.76        1396.86       3288.48
ZALES CREDIT PLAN         UNSEC W/INTER     584.36            .00         19.48
ASPIRE VISA               UNSEC W/INTER    1171.74            .00           .00
BMG MUSIC SERVICE         UNSEC W/INTER  NOT FILED            .00           .00
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE               UNSEC W/INTER    1756.23            .00           .00
CAPITAL ONE               UNSEC W/INTER     722.76            .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     813.43            .00           .00
HSBC BANK                 NOTICE ONLY    NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     570.91            .00           .00
MERRICK BANK              UNSEC W/INTER     942.90            .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER     366.84            .00           .00
PLAINS COMMERCE BANK      UNSEC W/INTER    1217.38            .00           .00
PREMIER BANKCARD          NOTICE ONLY    NOT FILED            .00           .00
PREMIER BANKCARD          UNSEC W/INTER     469.57            .00           .00
SCHOLASITC INC            UNSEC W/INTER  NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     299.97            .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER     419.64            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    1532.60            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     568.67            .00           .00
*DENNIS G KNIPP           DEBTOR ATTY     2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                         609.51
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11929 DANIELLE M KOLODZIEJ
```

```
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   9,990.00

PRIORITY                                              .00
SECURED                                          5,464.15
    INTEREST                                     1,396.86
UNSECURED                                           19.48
ADMINISTRATIVE                                   2,500.00
TRUSTEE COMPENSATION                               609.51
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    9,990.00              9,990.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                         PAGE   2
        CASE NO. 06 B 11929 DANIELLE M KOLODZIEJ